UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-21373-CIV-HUCK/O'SULLIVAN

EMILIO PINERO,

    Plaintiff,

v.

CORP. COURTS AT
MIAMI LAKES, INC.,

    Defendant.
_____/

## REPORT OF MEDIATION

A mediation conference was held on October 11, 2010 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

_____ There was an impasse.

_____ A partial agreement was reached.

    ✓ A complete agreement was reached.

_____ The mediation was continued until _____

_____       _____
Plaintiff                                Defendant

_____       _____
Plaintiff's Counsel                Defendant's Counsel

10-11-10
_____
DATE

_____
KAREN EVANS, ESQUIRE
Mediator