UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-21373-CIV-HUCK/O'SULLIVAN

EMILIO PINERO,

      Plaintiff,
vs.

CORP. COURTS AT MIAMI
LAKES, INC.,

      Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Mediator's Report filed on October 11, 2010 (D.E. #28). The Court, having been advised that the parties settled at mediation and being otherwise duly advised in the premises, does hereby

ORDER that this action is DISMISSED WITH PREJUDICE. This Court shall retain jurisdiction of this cause until December 31, 2010, for the sole purpose of enforcing the terms of the settlement documents to be entered into between the parties. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida this October 28, 2010.

                                            Paul C. Huck
                                            United States District Judge

Copies furnished to:
Counsel of Record